FILED
United States Court of Appeals
Tenth Circuit

July 5, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

MICHAEL RIVERA,

    Defendant - Appellant.

No. 24-2013
(D.C. No. 2:22-CR-01561-MIS-1)
(D. N.M.)

---

## ORDER

---

This matter is before the court on appellant Michael Rivera's *Motion to Supplement Record on Appeal* in which he seeks to supplement the record on appeal through the inclusion of Government Trial Exhibit 12—a video offered as evidence at his trial.

Upon consideration, the court grants the motion and directs Mr. Rivera—contemporaneous with his submission to the court of the hard copies of his opening brief—to:

1. Provide the court with two identical flash drives or other digital media, each of which: (a) contains only an electronic copy of Government Trial Exhibit 12, named with a file-naming convention that clearly identifies the contents of that file; (b) is marked with the case name, case number, and contents; (c) can be accessed using commonly-available media players; and

      (d) is not password-protected at either the media or file level absent the court's prior, express approval; and

2.     Serve the government's counsel with a copy of the same media with the same content Mr. Rivera provides to this court.

Mr. Rivera's opening brief remains due on July 5, 2024.

                        Entered for the Court

                        CHRISTOPHER M. WOLPERT, Clerk